LAW LIBRARY

NO. 30079

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO CLERK, APPELLATE COURTS STATE OF HAWAI'I

2010 JUL 21 AM 8:59

FILED

HERMAN-LEE KAOPUA, SR., Petitioner-Appellant,
vs.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(S.P.P. NO. 09-1-0007)

ORDER DENYING PETITIONER-APPELLANT HERMAN-LEE KAOPUA, SR.'S
MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Leonard, and Reifurth, JJ.)

Upon review of the Motion for Reconsideration filed by Petitioner-Appellant on July 8, 2010, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, July 21, 2010.

On the motion:

Herman-Lee Kaopua, Sr.
Petitioner-Appellant
Pro Se

Chief Judge

Associate Judge

Associate Judge